UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 11-10275-RGS

UNITED STATES OF AMERICA

v.

HECTOR J. MARTINEZ

ORDER ON DEFENDANT'S MOTION
FOR REDUCTION OF SENTENCE

December 5, 2013

STEARNS, D.J.

Although filed as a criminal motion, the court will treat defendant's motion as one for reduction of sentence pursuant to 28 U.S.C. § 2255. The motion will be denied as its premise (as the government points out) is mistaken. No change in the (advisory) Sentencing Guidelines enacted by the United States Sentencing Commission since the date of Martinez's sentencing has any affect on the Guidelines calculations in his case. Moreover, Martinez was sentenced under the terms of a plea agreement for which he received valuable consideration, an agreement which the court, on inquiry, found he voluntarily entered with full understanding of its consequences.

## ORDER

Defendant's motion for a reduction in sentence is *DENIED*.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE